IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BILLY L. ROHWEDDER,

    Plaintiff,

v.

GLYNN COUNTY SUPERIOR COURT
and THE STATE OF GEORGIA,

    Defendants.

CIVIL ACTION NO.: CV211-149

## O R D E R

    Plaintiff, an inmate formerly incarcerated at the Glynn County Detention Center in Brunswick, Georgia, filed the captioned action *in forma pauperis*, seeking damages as a result of alleged violations of constitutionally protected civil rights.

    On October 7, 2011, the Clerk's office forwarded a copy of an Order to Plaintiff at the Glynn County Detention Center, the only address provided by Plaintiff. That Order was returned by the United States Postal Service, with the notation that Plaintiff had been "Released." As plaintiff has not advised the Court of a change in his address, this action is **DISMISSED**, without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Link v. Wabash Railroad Company, 370 U.S. 626 (1962).

    **SO ORDERED**, this 14 day of November, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)